PROCEEDING MEMO - CHAPTER 13 341A MEETING OF CREDITORS

DATE OF MEETING: 05/13/2025           TIME OF MEETING: 10:30 AM

IN RE: SAVANNA MICHELLE JENKINS        CASE NO: 25-00832-JAW

1. NAME OF ATTORNEY FOR DEBTOR(S): THOMAS CARL ROLLINS, JR.

2. APPEARANCES:
   (✓) DEBTOR(S)
   (✓) ATTORNEY FOR DEBTOR(S)
   (✓) CREDITORS: _Robin Rush w/ Family Choice_

3. MEETING ADJOURNED:       YES  ✓           NO _____

   IF NO: _____    CASE TO BE DISMISSED
                    REASON: _____
                        i.e., failure to appear or by debtor's motion

   OR              CASE CONTINUED TO:
                   _____ AT _____
                        (Date)                  (Time)

                   REASON: _____

NOTES OF PRESIDING OFFICER: _____

TRACK# __10__, FILE# _____          /s/ Torri Parker Martin
                                       PRESIDING OFFICER

25-00832-JAW