United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-00832-JAW
Savanna Michelle Jenkins Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 3
Date Rcvd: Jul 09, 2025     Form ID: n031     Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Savanna Michelle Jenkins, 4065 King Rd., Forest, MS 39074-9644 |
| 5491813 | | Albert, 340 S Lemon Ave, Ste 3801, Culver City, CA 90232 |
| 5491814 | + | American Cash, 4881 Hwy 80, Morton, MS 39117-3516 |
| 5491815 | | Arrow Mountain Funding, P.O. Box 2503, Kahnawake, QC |
| 5491817 | | Cadence Bank, 6471 US 98, Hattiesburg, MS 39402 |
| 5491818 | | CarMax Auto Finance, Attn: Bankruptcy, 1200 Tuckahoe Creek, Richman, VA 23238 |
| 5491821 | | Cleo, 1209 Orange ST, Daly City, CA 94016 |
| 5491823 | | Dave, 265 S Cochran Ave, Los Angeles, CA 90019 |
| 5491826 | + | Empower, 10700 Nall Ave, Leawood, KS 66211-1206 |
| 5491829 | + | Grid Money, 5901 A Peachtree Dunwo, Ste 275, Atlanta, GA 30328-5341 |
| 5491830 | + | Klover, 57 W Grand Ave, Chicago, IL 60654-4857 |
| 5491835 | | Minute Loan Center, 4836 Hwy 18 E, Jackson, MS 39209 |
| 5491837 | + | Money Matters, 576 E 3rd St, Forest, MS 39074-4224 |
| 5491838 | + | Morton Finance Co., 4243 US 80, Morton, MS 39117-3308 |
| 5499864 | + | Morton Finance Company, Inc., 4243 Highway 80, Morton, MS 39117-3308 |
| 5491840 | | Philly Finance, 4581 E Beacon St, Philadelphia, MS 39350 |
| 5491843 | | Spot Loan, PO Box 927, Palatine, IL 60078-0927 |
| 5491846 | + | Weaver Finance Forest, LLC, PO Box 911, Forest, MS 39074-0911 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5491811 | + | Email/Text: mnapoletano@ars-llc.biz | Jul 09 2025 19:27:00 | Ability Recovery, Attn: Bankruptcy, 284 Main St, Dupont, PA 18641-1960 |
| 5491812 | + | Email/Text: bnc@teampurpose.com | Jul 09 2025 19:27:00 | Advance America, 1303 Hwy 35 South, Ste 1, Forest, MS 39074-5028 |
| 5517049 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 09 2025 19:38:35 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5491816 | + | Email/Text: bankruptcynotices@hellobrigit.com | Jul 09 2025 19:27:00 | Brigit, 838 Avenue of the Am, New York, NY 10001-4193 |
| 5496091 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jul 09 2025 19:27:00 | CarMax Business Services, LLC., CarMax Auto Finance, ATTN: BANKRUPTCY DEPARTMENT, 225 CHASTAIN MEADOWS COURT, STE 210, KENNESAW, GA 30144 |
| 5491819 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jul 09 2025 19:27:00 | CashNetUSA, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5491820 | + | Email/Text: bkinfo@ccfi.com | Jul 09 2025 19:27:00 | Check Into Cash, 905 W Beacon St, Philadelphia, MS 39350-3229 |
| 5493437 | + | Email/Text: bkinfo@ccfi.com | Jul 09 2025 19:27:00 | Check Into Cash of Mississippi, Inc., 15 Bull Street Suite 200, Savannah, GA 31401-2686 |
| 5491822 | + | Email/Text: bankruptcy@creditgenie.com | Jul 09 2025 19:27:00 | Credit Genie, 3411 SIlverside Rd, Ste 104, |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 09, 2025 | Form ID: n031 | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| | | | | Wilmington, DE 19810-4812 |
| 5491824 | | Email/Text: mrdiscen@discover.com | Jul 09 2025 19:27:00 | Discover, P.O. Box 15316, Wilmington, DE 19850 |
| 5491825 | | Email/Text: cxs-doc-access@earnin.com | Jul 09 2025 19:27:00 | Earnin, 200 Portage Ave, Palo Alto, CA 94306 |
| 5491827 | | Email/Text: rrush@familychoicefinancial.com | Jul 09 2025 19:27:00 | Family Choice Financial, Inc., 828 Woodland Drive North, Forest, MS 39074 |
| 5491828 | + | Email/Text: bankruptcy@floatme.io | Jul 09 2025 19:27:00 | Float me, 110 E Houston St, San Antonio, TX 78205-2990 |
| 5519829 | | Email/Text: jefdun@gmail.com | Jul 09 2025 19:27:00 | JD Receivables LLC, PO Box 382656, Germantown, TN 38183 |
| 5491831 | | Email/Text: govtaudits@labcorp.com | Jul 09 2025 19:27:00 | Labcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 5514104 | | Email/Text: bncmail@w-legal.com | Jul 09 2025 19:27:00 | Landmark Strategy Group, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 5491833 | + | Email/Text: bankruptcy@magfedcu.org | Jul 09 2025 19:27:00 | Magnolia Federal Credit Union, 240 Briarwood Drive, Jackson, MS 39206-3027 |
| 5491834 | + | Email/Text: collections@memexcu.com | Jul 09 2025 19:27:00 | Members Exchange Federal Credit Union, Members Exchange Credit Union, PO Box 31049, Jackson, MS 39286-1049 |
| 5491836 | + | Email/Text: bankruptcy@moneylion.com | Jul 09 2025 19:27:00 | Money Lion, P.O. Box 1547, Sandy, UT 84091-1547 |
| 5491839 | | Email/Text: notice@nextloanlending.com | Jul 09 2025 19:27:00 | Next Loan, PO Box 435, Lower Lake, CA 95457 |
| 5519761 | | Email/Text: bnc-quantum@quantum3group.com | Jul 09 2025 19:27:00 | Quantum3 Group LLC as agent for, Denali Capital, PO Box 788, Kirkland, WA 98083-0788 |
| 5491841 | | Email/Text: bankruptcy_department@clacorp.com | Jul 09 2025 19:27:00 | Simple Fast Loans Inc, 8601 Dunwoody Place, Ste 406, Atlanta, GA 30350 |
| 5491842 | + | Email/Text: bkinfo@ccfi.com | Jul 09 2025 19:27:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 5493432 | + | Email/Text: BankruptcyNotices@ccfi.com | Jul 09 2025 19:27:00 | TMX Finance of Mississippi, Inc., 15 Bull Street Suite 200, Savannah, GA 31401-2686 |
| 5491832 | | Email/Text: BankruptcyNotices@schear.net | Jul 09 2025 19:27:00 | Lendly, 3280 N University Ave, Provo, UT 84604 |
| 5491844 | + | Email/Text: BankruptcyNotices@ccfi.com | Jul 09 2025 19:27:00 | Title Max, 3013 East Hwy 80, Pearl, MS 39208-3419 |
| 5491845 | + | Email/Text: neal@weaverfinanceandtax.com | Jul 09 2025 19:27:00 | Union Finance MS, LLC, P.O. Box 40, Union, MS 39365-0040 |
| 5511328 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 09 2025 19:38:38 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5491847 | | Email/Text: notice@westsidelend.com | Jul 09 2025 19:27:00 | West Side Lending, P.O. Box 687, Keshena, WI 54135 |
| 5491848 | + | Email/Text: bk@worldacceptance.com | Jul 09 2025 19:27:34 | World Finance, P.O. Box 6429, Greenville, SC 29606-6429 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Jul 09, 2025 | Form ID: n031 | Total Noticed: 48 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 11, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Savanna Michelle Jenkins trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−00832−JAW
**Chapter:** 13

**In re:**

Savanna Michelle Jenkins
aka Savanna Jenkins
4065 King Rd.
Forest, MS 39074

### Notice of Entry of Order Confirming Plan

The Court entered an Order on July 9, 2025 (Dkt. # 22 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: July 9, 2025                                    Danny L. Miller, Clerk of Court