IN THE UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

| IN RE: | CASE NO. 25-00832 |
|---|---|
| Savanna Michelle Jenkins<br>DEBTORS | (Chapter 13) |

## REQUEST OF CHANGE OF ADDRESS

Change of Address for Creditor:   TMX Credit, Inc.

Claim Number: 2

Change for:   Notices and Payments

EFFECTIVE DATE OF CHANGE:         01/29/2026

**Correct Entity Name: TMX Credit, Inc.**

*Other Names used by Debtor:*  TMX Credit Inc dba TitleMax
Notice Address:  2312 E Trinity Mills Road, Carrollton, TX 75006

************************************************************************************

**paymet  Address:**

**Po Box 931789**

**Atlanta GA 31193-1789**

I hereby certify that a true and correct copy of the above and foregoing Request of Change of Address has been served electronically on the Chapter 13 Trustee and the Debtor's of Address was furnished by credited with the Court.
*[overlapping text: Change of Address has same day it was filed]*

/s/ Gina Crum
Gina Crum
Bankruptcy Manager
2312 E TRINITY MILLS RD STE 100
CARROLLTON TX 75006