# UNITED STATES BANKRUPTCY COURT

#### Southern District of Mississippi

In Re: __Savannah M Jenkins__          :     Case No. __25-00832__

_____          :     Chapter 13

Debtor(s)          :     Judge __Thomas Carl Rollins, Jr__

### **NOTICE OF CHANGE OF ADDRESS FOR CREDITOR**

__Check Into Cash of Mississippi, Inc.__ hereby gives notice that its address, as it relates to

Proof(s) of Claim Number(s) __3_____, is changed as follows:

Prior Address: P.O. Box 780408 Wichita, KS 67278

| **NOTICE ADDRESS:** | **PAYMENT ADDRESS:** |
|---|---|
| Attn: Bankruptcy Department | PO Box 931789 |
| 2312 E TRINITY MILLS RD STE 100 | Atlanta GA 31193-1789 |
| CARROLLTON TX 75006 | |

Prepared by:

/s/ Lori Mobley
_____
Name

Lori Mobley
_____
Title

Director of Bankruptcy Operations
_____
Address

Attn: Bankruptcy Department
_____
2312 E TRINITY MILLS RD STE 100
_____
CARROLLTON TX 75006

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Change of Address was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S.

/s/ Lori Mobley

Check Into Cash of Mississippi, Inc.

Attn: Bankruptcy Department

2312 E TRINITY MILLS RD STE 100

CARROLLTON TX 75006