IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  **Savanna Michelle Jenkins, Debtor**   Case No. 25-00832-JAW
                                                 **CHAPTER 13**

### ORDER AUTHORIZING DEBTOR TO INCUR DEBT

THIS CAUSE having come on this date on the Debtor's Motion to Incur Debt (DK #___), the Court having reviewed and considered the facts herein, and there being no objection from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Incur Debt is granted. Debtor is authorized to borrow up to $1,000.00 from her 401(k) to help cover the cost of a laptop and other school-related expenses. Debtor shall pay the ongoing monthly payments direct to the lender.

#END OF ORDER#

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR

AGREED BY:
/s/ Semoune L. Ellis
Semoune L. Ellis, MS Bar No. 105303
Staff Attorney for
Standing Chapter 13 Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
601-981-9073